# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ROBERT REGIS GEORGE |
| **Case Number:** | 4:07-BK-00381-JMM   **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 28, 2009 10:00 AM   COURTROOM 329 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | BEVERLY GRANILLO |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY REAL PROPERTY AT 113 E. AVE. H. SAN MANUEL, AZ FILED BY LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-FF1

**R / M #:**   50 / 0

## *Appearances:*

WAYNE MORTENSEN, ATTORNEY FOR ROBERT REGIS GEORGE
KEVIN NELSON, APPEARING FOR LEONARD J. MCDONALD, ATTORNEY FOR LASALLE BANK NATIONAL, APPEARING BY PHONE

## *Proceedings:*

MR. MORTENSEN RENDERS AN UPDATE.  THERE WAS A STIPULATION, AND THE DEBTOR OBJECTED TO THE LANGUAGE WITHIN THE STIPULATION.  THE DEBTOR HAS KEPT UP ON THE PAYMENTS UNDER THAT STIPULATION.

MR. NELSON STATES HE PROVIDED A REVISED STIPULATION, AND IT WAS NEVER SENT BACK.

COURT:  A FINAL HEARING WILL BE SET FOR OCTOBER 26, 2009 AT 11:15 A.M. (1 MIN.)